IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

SANDRA JIMENEZ, et al.                                *

    *Plaintiffs,*                                           * CASE NO.: 09-CV-2165 (MJG)

v.                                                    *

FREDERICK MEMORIAL HOSPITAL, INC., et al.             *

    *Defendants.*                                          *

\* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 105.5.b. INDEX OF EXHIBITS**

(1) Ex. 1, 6/27/08 Spanish-speaking Interpreter Note;

(2) Ex. 2, 6/27/08 FMH Emergency Department Records;

(3) Ex. 3, FMH Policy for Patients with Special Communications Needs;

(4) Ex. 4, FMH's Fast Track Policy;

(5) Ex. 5, FMH's Emergency Department Medical Record Policy;

(6) Ex. 6, FMH's Examination Policy;

(7) Ex. 7, Defendant Emergency Physician Associates, P.A.'s Answers to Interrogatories in prior state action;

(8) Autopsy Report; and

(9) Ex. 9, Plaintiffs' Rule 56(f) affidavit.

Respectfully submitted,


/s/ C. Drew Fritch
Thomas C. Cardaro, Esq. (#04972)
Jeffrey L. Peek, Esq. (#09121)
C. Drew Fritch, Esq.(#28775)
*Cardaro & Peek, L.L.C.*
201 N. Charles Street, Suite 2100
Baltimore, Maryland 21201
(410)752-6166
cdf@cardarolaw.com
*Attorneys for Plaintiff*